# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM HOWARD AND DAVID WRIGHT Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CARAVAN FACILITIES MANAGEMENT, LLC<br><br>        Defendant. | Case No.: 2:19-cv-02640 |

## ORDER GRANTING APPROVAL OF FLSA SETTLEMENT

WHEREAS, a conditionally certified FLSA collective action is pending in this Court in the above-entitled action ("Action");

WHEREAS, the Parties to the Action having agreed to resolve this case, subject to Court approval following notice to the FLSA class, and now request an order approving the Settlement;

WHEREAS, the Court has reviewed the Settlement, and briefing seeking approval of the settlement; and

WHEREAS, for purposes of the Action, this Court has subject matter and personal jurisdiction over the parties, including all Settlement Class Members.

NOW, THEREFORE, based on this Court's review of the Settlement and the motion for approval, the Court concludes that the Settlement is fair, reasonable and adequate, and within the range of reasonableness for settlement approval.

NOW, THEREFORE IT IS HEREBY ORDERED:

1. <u>Jurisdiction</u>. The Court has jurisdiction over the subject matter of the Action and over all settling parties hereto.

2. <u>Approval of Proposed Settlement</u>. The Settlement is approved as fair, reasonable and adequate and within the range of reasonableness for settlement approval. Specifically, the Court finds that the Agreement resulted from arm's-length negotiations; and the settlement amount being distributed to the opt-in Plaintiffs is a reasonable amount to settle the bona fide dispute between the parties.

3. <u>Incentive Payments, and Attorneys' Fees</u>. The Court also approves the service awards, and Class Counsel's attorneys' fees and costs and expenses.

4. <u>Continuing Jurisdiction</u>. The Court retains continuing and exclusive jurisdiction over the Action to consider all further matters arising out of or connected with the Settlement, including the administration and enforcement of the Agreement.

5. <u>W-9 Collection</u>. The parties have stipulated that sufficient efforts have been expended to obtain W-9s such that it is no longer a condition precedent for payment.

Dated: November 16, 2020        *s/ John W. Lungstrum*
                                 Honorable John Lungstrum
                                 Judge of the United States District Court